**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2016 JUN -8 PM 3: 01

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 6:16-cr-106-ORL-41-DAB
18 U.S.C. § 2251(d)(1)(A) and (2)(B)
18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2253 - Forfeiture

MATTHEW ALLEN HAYES

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 28, 2016, in Osceola County, in the Middle District of Florida,

**MATTHEW ALLEN HAYES**

defendant herein, did knowingly make, print and publish, and cause to be made, printed, and published, a notice and advertisement seeking and offering to receive visual depictions, the production of which visual depictions involved the use of a minor engaging in sexually explicit conduct and which depictions are of such conduct, that is, a notice and advertisement stating, "cum on me and family……cum on my pics and my family pics and send to me I am bi and love young boys and girls and love to trade pt and have kik bad1now.. anything goes animals ect.." and such notice and advertisement was transported using a means

and facility of interstate commerce, and in and affecting interstate commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), and 2251(e).

## COUNT TWO

Beginning in or about March 31, 2016, and continuing through on or about April 7, 2016, in Osceola County, Florida, in the Middle District of Florida, and elsewhere,

**MATTHEW ALLEN HAYES**

the defendant herein, did knowingly receive child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT THREE

On or about April 7, 2016, in Osceola County, Florida, in the Middle District of Florida, and elsewhere,

**MATTHEW ALLEN HAYES**

the defendant herein, did knowingly possess materials containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit

conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

1.　Upon conviction of the violations alleged in Counts One through Three of this Indictment, the defendant, **MATTHEW ALLEN HAYES**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

　　a.　Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including: LG phone.

  2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Christina R. Downes
Special Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

Matthew Allen Hayes

## INDICTMENT

Violations:

18 U.S.C. § 2251(d)(1)(A) & (2)(B)
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)

A true bill,

_____
Foreperson

Filed in open court this 8th day of June, 2016.

_____
Clerk

Bail $ _____

GPO 863 525